TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
1230 High Street, Suite 220
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
LISA MARIE GOODSPEED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>LISA MARIE GOODSPEED,<br><br>  Defendant. | No. 2:10-CR-412 GEB<br><br>[PROPOSED ORDER] CONTINUING STATUS CONFERENCE<br><br>Date:  November 5, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

The parties hereby stipulate the following:

1. Status Conference in this matter is presently set for November 5, 2010.  Counsel for the defendant requests that the date for status be continued to December 10, 2010 at 9:00am.

2. The parties agree to continue the status conference to December 10, 2010 at 9:00 am.

Dated:  November 4, 2010                //s/ Toni Carbone
                                        TONI CARBONE
                                        Attorney for defendant
                                        Syldarius Grant

Dated: November 4, 2010                 /s/ Matthew Stegman
                                        MATTHEW STEGMAN
                                        Assistant United States Attorney

1

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the status conference of defendant Lisa Marie Goodspeed be continued from November 5, 2010 to December 10, 2010.

**Date: 11/5/2010**

_____
GARLAND E. BURRELL, JR.
United States District Judge