TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
1230 High Street, Suite 220
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
LISA MARIE GOODSPEED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-CR-412 GEB |
| Plaintiff, | ) CONTINUING STATUS CONFERENCE |
| v. | ) Date: January 21, 2011 |
| LISA MARIE GOODSPEED, | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Garland E. Burrell |
| Defendant. | ) |

The parties hereby stipulate the following:

1. Status Conference in this matter is presently set for January 21, 2011. Counsel for the defendant requests that the date for status be continued to February 25, 2011 at 9:00am due to ongoing settlement negotiations.

2. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the parties are working towards a resolution) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, February 25, 2011 .

//
//
//

1

//

3.  The parties agree to continue the status conference to February 25, 2011 at 9:00 am.

Dated:  January 20, 2011                          //s/ Toni Carbone
                                                  TONI CARBONE
                                                  Attorney for defendant
                                                  Lisa Goodspeed

Dated: January 20, 2011                           /s/ Matthew Stegman
                                                  MATTHEW STEGMAN
                                                  Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the status conference of defendant Lisa Marie Goodspeed be continued from January 21, 2011 to February 25, 2011. It is further ordered that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the parties are working towards a resolution) and Local Code T4, and that time is excluded time from the date of the filing of the order until the date of the status conference, February 25, 2011 .

**Date:  1/20/2011**

                                                  GARLAND E. BURRELL, JR.
                                                  United States District Judge