TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
1230 High Street, Suite 220
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
LISA MARIE GOODSPEED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-CR-412 GEB |
| Plaintiff, | ) |
| v. | ) [PROPOSED ORDER] CONTINUING<br>) STATUS CONFERENCE |
| LISA MARIE GOODSPEED, | ) Date:  April 22, 2011<br>) Time:  9:00 a.m.<br>) Judge: Hon. Garland E. Burrell |
| Defendant. | ) |

The parties hereby stipulate the following:

1. Status Conference in this matter is presently set for April 22, 2011.  Counsel for the defendant requests that the date for status be continued to August 26, 2011 at 9:00am. The Assistant United States Attorney and defense counsel are working toward resolving the matter for a misdemeanor. Our joint request is to continue the felony case for four months. If we can resolve the case for a misdemeanor, the Assistant United States Attorney anticipates filing a motion to dismiss the felony.

2. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the parties are working towards a resolution) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, August 26, 2011 .

1

//

3. The parties agree to continue the status conference to August 26, 2011 at 9:00 am.

Dated:  April 21, 2011                             //s/ Toni Carbone
                                                   TONI CARBONE
                                                   Attorney for defendant
                                                   Lisa Goodspeed

Dated: April 21, 2011                              /s/ Matthew Stegman
                                                   MATTHEW STEGMAN
                                                   Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the status conference of defendant Lisa Marie Goodspeed be continued from April 22, 2011 to August 26, 2011. It is further ordered that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the parties are working towards a resolution) and Local Code T4, and that time is excluded time from the date of the filing of the order until the date of the status conference, August 26, 2011 .

GARLAND E. BURRELL, JR.
United States District Judge