TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Pl #6
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
LISA MARIE GOODSPEED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>LISA MARIE GOODSPEED,<br><br>  Defendant. | No. 2:10-CR-412 GEB<br><br>[PROPOSED ORDER] CONTINUING STATUS CONFERENCE<br><br>Date:  January 13, 2012<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

The parties hereby stipulate the following:

1. Status Conference in this matter is presently set for January 20, 2012. Counsel for the Government and defense counsel have come to an agreement for a misdemeanor resolution and a superseding indictment will be filed reflecting a misdemeanor charge. Counsel for the Government and counsel for the defendant request that the date for status be continued to January 27, 2012 at 2:00 p.m. for change of plea and that the matter be set in the Magistrate Court before Magistrate Judge Dale A. Drozd.

2. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the parties are working towards a resolution) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the change of plea, January 27, 2012 .

1

3. The parties agree to continue the status conference to a change of plea for January 27, 2012 at 2:00 p.m. in front of Magistrate Judge Dale A. Drozd.

Dated:  January 13, 2012                         //s/ Toni Carbone
                                                 TONI CARBONE
                                                 Attorney for defendant
                                                 Lisa Goodspeed

Dated: January 13, 2012                          /s/ Justin Lee
                                                 JUSTIN LEE
                                                 Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the status conference of defendant Lisa Marie Goodspeed be continued from January 20, 2012 to January 27, 2012 at 2:00 p.m. for change of plea in the Magistrate Court before Magistrate Judge Dale A. Drozd. It is further ordered that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the parties are working towards a resolution) and Local Code T4, and that time is excluded time from the date of the filing of the order until the date of the change of plea, January 27, 2012 .

**Date:  1/17/2012**

                                                 _____
                                                 GARLAND E. BURRELL, JR.
                                                 United States District Judge

2